

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00877-CV

**LEE'S MOTOR CO., LLC**,
Appellant

v.

Manuel G. **MUNOZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV07375
Honorable Timothy Johnson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED May 14, 2025.

_____
Rebeca C. Martinez, Chief Justice